**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ARTHUR L. HEIM,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV468 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **Jo Anne B. Barnhart, Commissioner,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Attorneys Fees Prepaid Before Trial (Filing No. 8). The plaintiff provides no legal support for his motion. Further, the court finds no justification to grant the plaintiff prepaid attorneys fees. Accordingly, the plaintiff's motion is denied.

**SO ORDERED.**

DATED this 2nd day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge