IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR L. HEIM, | ) | CASE NO. 8:06CV468 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Michael J. Astrue, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

The matters before the Court are (1) the Plaintiff's appeal from a retirement benefits decision made by the Social Security Administration ("SSA"); (2) a motion for a pretrial hearing (Filing No. 23); and (3) a motion for declaratory judgment and expedited review (Filing No. 30). The Plaintiff, Arthur L. Heim ("Heim"), who is proceeding pro se, has a history of filing abusive lawsuits asserting a wide-ranging conspiracy that swindled him out of millions of dollars. The named defendants have included the President of the United States, various United States judges, the banking system, and many other types of alleged wrongdoers. Heim has been sanctioned for improper use of judicial process, and it has been noted that his claims lack a basis in existing law and evidentiary support. *See Heim v. United States District Court for the District of Nebraksa et al.*, No. 01 Civ. 272 (D. Neb. July 25, 2001). The Clerk of the District Court has been directed not to file any case submitted by Heim until the Chief Judge has had an opportunity to review such a case.[1] *Id.*

---

[1] There is no evidence that this case was submitted to the Chief Judge for review. Regardless, I find Heim's claim to be without a basis in law or fact, and will dismiss the action for that reason.

In this case, after the SSA denied Heim's request for an increase in monthly retirement benefits, Heim appealed the decision to this Court. However, he is simply using this opportunity to reassert his perceived monumental conspiracy. His briefs again charge that the President of the United States, various United States judges, banking officials, and others have conspired against him. He alleges that $18 septillion has been deposited into the FICA for his benefit, and demands that sum plus 17.5% interest. He requests that one-hundred special federal prosecutors be assigned to help him. Heim has offered no evidentiary support that he is entitled to an increase in retirement benefits, and during his hearing with an administrative law judge, he provided no basis for the amount of money he has requested. Consequently, I will affirm the SSA's decision.

IT IS ORDERED:

1. The findings and conclusions of the Commissioner are affirmed;

2. The Motion for Pretrial Hearing (Filing No. 23) is denied; and

3. The Motion for Pretrial Hearing, Declaratory Judgment, Expedited Treatment, and Jury Trial (Filing No. 30) is denied.

DATED this 14th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge