# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ARTHUR L. HEIM,** | ) | **CASE NO. 8:06CV468** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

On May 14, 2007, the Court denied the appeal filed by Plaintiff Arthur L. Heim regarding the Social Security Administration's calculation of retirement benefits paid to him, and affirmed the decision of the administrative law judge. Thereafter, Heim filed two motions seeking payment of certain medical bills by the Defendant. Heim has not established, through this action, any right to have the medical bills paid by the Defendant. For the same reasons as are set forth in the Memorandum and Order of May 14, 2007,

IT IS ORDERED:

1. The Plaintiff's Motions (Filing Nos. 32 and 33) are denied;

2. A separate judgment of dismissal with prejudice will be entered; and

3. The Clerk of the District Court shall not permit Arthur Heim to file any additional documents in this action and no documents to commence a new action in this Court until the Chief Judge has had an opportunity to review the proposed filings. (*See Heim v. Bush*, Case No. 4:01-CV-34 (D. Neb. 2001) at Filing No. 10).

DATED this 12th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge