IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR L. HEIM, | ) | CASE NO. 8:06CV468 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Judge Smith Camp's Order of September 12, 2007 (Filing No. 34), the undersigned has reviewed Arthur Heim's submission that is captioned, "Motion for Court Order for Social Security Administration Defendant et al., Pay Pain and Suffering in the Sum of $ One Hundred Million & Benefits." The submission alleges that the defendant and this court are committing "substantive felonies" against him and violating his constitutional rights through a conspiracy with the devil or other evil actor. The motion contains no allegation of fact, and does not seek request relief associated with any valid claim. Judgment has been entered in this action, and this submission should not be filed. Accordingly,

IT IS ORDERED:

1.  The submission will not be filed in this action;

2.  The Clerk is directed to return the submission to Arthur Heim at the address provided on the submission.

DATED this 14th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge