# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

**Denise M. Lucks**
**Clerk of Court**

www.ned.uscourts.gov

**M. Therese Bollerup**
**Chief Deputy Clerk**

TO:        The Honorable Laurie Smith Camp

FROM:      Clerk, U.S. District Court
           Judy Eicher

DATE:      October 12, 2007

SUBJECT:   8:06CV468  Arthur L. Heim v Social Security Administration


A party, who has NOT been permitted to proceed in forma pauperis in District Court, has filed a Notice of Appeal.  Please note the following:


(X)     An appeal fee of $455.00 was not received.


(X)     A motion to proceed in forma pauperis on appeal was not received.


Transmission of the Notice of Appeal to the U.S. Court of Appeals will be delayed until the District Court determines plaintiff's in forma pauperis status.

___X___  An order will be entered finding that the party is not entitled to proceed in forma pauperis.

_____  An order will be entered finding that the party is permitted to proceed on appeal in forma pauperis.


Dated this 12th day of October, 2007.

s/Laurie Smith Camp
United States District Judge


Last Update: 10/4/06                    clerk\proc\appeals\forms\civil nonprisoner ifp memo

111 South 18th Plaza, Suite 1152          100 Centennial Mall North, Room 593
Omaha, NE 68102-1322                      Lincoln, NE 68508-3803
(402) 661-7350                            (402) 437-5225
Fax: (402) 661-7387                       Fax: (402) 437-5651
Toll Free: (866) 220-4381                 Toll Free: (866) 220-4379